**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

—————————————————————————
|   |   |   |
|---|---|---|
| | : | |
| EFRAIN RIVERA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-1619 |
| | : | |
| | : | |
| RAGAN & RAGAN, P.C., | : | |
| | : | |
| Defendant. | : | |
—————————————————————————

## ORDER

     **AND NOW**, this 25th day of June, 2010, upon consideration of Defendant Ragan

& Ragan, P.C.'s Motion to Dismiss (Doc. No. 4), and the Response thereto, it is hereby

**ORDERED** that said Motion is **DENIED**.


                                 BY THE COURT:


                                 /s/ Robert F. Kelly           
                                 ROBERT F. KELLY
                                 SENIOR JUDGE